IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Crim. No. 1:19-cr-148** |
| | ) | |
| | ) | |
| PRAKAZREL MICHEL, | ) | |
| LOW TAEK JHO | ) | |
| | ) | |

<u>**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S**</u>
<u>**MOTION TO EXTEND DEADLINE**</u>

On September 30, 2022, one week after the deadline for responses to *motions in limine* and on the deadline for replies to those responses under the Court's Scheduling Order, the defendant filed a one-page, nominal omnibus response to four of the government's *motions in limine* and a substantive response to one of the government's motions. Def. Responses, ECF Nos. 166, 167. On the same date, several minutes after receiving the government's witness and exhibit lists, counsel for the defendant sent an email to government counsel indicating that the defendant would be seeking an extension of time to file their own exhibit list and *voir dire*. The defendant subsequently filed a witness list to which the government does not have access. Def. Witness List, ECF No. 170. This disregard for Court deadlines and strategic effort to obtain the government's documents without providing the defendant's corresponding documents follows a pattern of disjointed, internally inconsistent, and delayed filings by the defendant in this case. *See, e.g.*, September 9, 2022, Minute Order ("Defendant Michel has filed three motions to dismiss Counts 8-11 of the Superseding Indictment on substantially identical grounds, ECF Nos. [115], [116], and [130].").

1

The defendant should be permitted to file his *voir dire* and exhibit list out of time.  But the defendant should not be permitted to file his documents under seal without providing copies to the government and should not be permitted to calculatedly wait until obtaining trial documents from the government before informing the government of an intent to seek an extension for the defendant's own filings.  The government moves the Court to order the defendant to provide copies of the delayed *voir dire* and exhibit list to the government upon filing and to provide the government a copy of the defendant's witness list today, October 3, 2022.  The government further moves the Court to strike the defendant's delayed responses to the government's *motions in limine* or to permit the government the opportunity to reply.  Finally, the government moves the Court to put the defendant on notice that further failure to file trial documents and substantive pleadings by the Court's deadlines in the lead up to, or during, trial may result in forfeiture of claims.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:  */s/ John D. Keller*
       John D. Keller
       Principal Deputy Chief

       Sean F. Mulryne
       Director of Enforcement & Litigation
       Election Crimes Branch

       Nicole Lockhart
       Trial Attorney
       1301 New York Ave., NW
       Washington, DC 20530
       Telephone:  202-514-1412
       Facsimile:   202-514-3003
       john.keller2@usdoj.gov
       sean.mulryne@usdoj.gov
       nicole.lockhart@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.


Dated:  October 3, 2022                                    */s/ John D. Keller*
                                                                        John D. Keller